UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

MOHAMMED A. SALEH,

    Petitioner,

v.                                      CIVIL ACTION NO.  5:19-cv-00468

D. YOUNG, Warden,

    Respondent.

### JUDGMENT ORDER

In accordance with the Order entered this same date dismissing Mr. Saleh's Petition for a Writ of Habeas Corpus, the Court **ORDERS** that this case be **DISMISSED** and **STRICKEN** from the docket.

The Court directs the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                            ENTERED:    May 4, 2021

*Frank W. Volk*
Frank W. Volk
United States District Judge